UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE RUSSELL, an individual,<br><br>   Plaintiff,<br><br> v.<br><br>UL LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-09736-FMO-PD<br><br>**ORDER MODIFYING CASE SCHEDULING AND MANAGEMENT ORDER**<br><br>Complaint Filed: November 10, 2021 |

| | |
|---|---|
| 1 | Based upon the Parties' Joint Stipulated Request to Modify the Case Scheduling |
| 2 | and Management Order, IT IS HEREBY ORDERED THAT: |
| 3 | (1) The deadline for the Parties to engage in mediation currently set for October |
| 4 | 26, 2022, shall be continued to November 11, 2022; |
| 7 | **IT IS SO ORDERED.** |
| 8 | Dated: October 19, 2022 |

/s/
_____

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1
ORDER MODIFYING CASE SCHEDULING AND
MANAGEMENT ORDER

85302776v.1