1 **HKM EMPLOYMENT ATTORNEYS LLP**
Chaka C. Okadigbo (SBN 224547)
2 cokadigbo@hkm.com
700 S. Flower Street, 10th Floor
3 Los Angeles, California 90017
Telephone:  (213) 431-6209
4
Attorneys for Plaintiff
5 DANE RUSSELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE RUSSELL, an individual, | Case No. 2:21-cv-09736-FMO-PD |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER** |
| v. | |
| UL LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint Filed: November 10, 2021<br>Trial Date: None Set |

JOINT NOTICE OF SETTLEMENT

Plaintiff DANE RUSSELL and Defendant UL LLC (hereafter "the Parties") by and through their counsel of record, hereby notify the Court that the parties have reached settlement in the abive-entitled matter.  The Parties hereby request that the Court vacate all pending dates and hearings and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement.  It is estimated that Defendant will fully perform its duties on or around January 1, 2023.  Upon Defendant's completion of its duties (as mandated under the settlement agreement), Defendant will file a joint notice of dismissal signed by counsel for the Parties.

DATED: December 5, 2022    HKM EMPLOYMENT ATTORNEYS LLP


By: /s/ *Chaka C. Okadigbo*
Chaka C. Okadigbo

Attorneys for Plaintiff
DANE RUSSELL

The above attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 5, 2022    SEYFARTH SHAW LLP


By: /s/ *Josh A. Rodine*
Josh A. Rodine

Attorneys for Defendant
UL LLC

1
JOINT NOTICE OF SETTLEMENT AND REQUEST TO RETAIN JURISDICTION

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter until Defendant fufills its duties under the settlement agreement and a joint notice of dismissal is filed.

**IT IS SO ORDERED**

Dated: _____            _____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE